M. P. No. 76-238. ERNEST CORVESE *et al. v.* TAX ASSESSOR FOR THE CITY OF PROVIDENCE, RHODE ISLAND. Motion of the respondent for an extension of time to July 31, 1976 to file his brief is granted. *Francis A. Gaschen, Norman L. Grant,* for petitioners. *Herbert F. DeSimone,* for respondent.

Appeal No. 73-33. STATE *v.* LEO JOSEPH DESROCHES. Motion of state to dismiss the appeal is referred to the Public Defender for his answer. Respondent, Pro Se.

Appeal No. 76-101. GENERAL ELECTRIC COMPANY *v.* PAUL FORSELL & SONS, INC. *et al.* Motion of defendant for extension of time to file its brief is granted, and said brief shall be filed by August 10, 1976. *Charles J. McGovern,* for plaintiff. *Arthur A. Thovmasian, Jr., Albert B. West, Peter L. Kennedy,* for defendants.

Appeal No. 76-193. RAMCO CONSTRUCTION CORPORATION *v.* BEACON CONSTRUCTION *et al.* Motion of defendant for an extension of time to August 1, 1976 for the filing of its brief is granted. *Girard Visconti,* for plaintiff. *Joseph F. Penza, Jr.,* for Beacon, defendant.

Appeal No. 76-225. STATE OF RHODE ISLAND *v.* PIEDMONT FUNDING CORPORATION, *et al.* Motion of state for special assignment is denied. The stay previously granted is to remain in full force and effect. *Sister Arlene Violet,* Office of the Attorney General, for plaintiff. *D. Sherman, Edwards & Angell, Alfred A. Veltri, George M. Vetter, Jr., A. Lauriston Parks, Joseph A. Lamagna,* for defendants.

July 13, 1976

Appeal No. 75-221. JAMES FOX *et al. v.* VINCENT IZZO, *in his capacity as Treasurer of the City of Providence, et al.* Defendants not having complied with the order of court dated June 10, 1976, their appeal is hereby dismissed. Bevilacqua, C. J., not participating. *Anthony DeSimone,* for plaintiffs. *Louis A. Mascia, Stephen T. Napolitano,* for defendants.